UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

                -v.-

                                                   21 Mj. 10300

HEURY APONTE,

            Defendant.                        ORDER

------------------------------------------------------X

United States Magistrate Judge:

      The Essex County Correctional Facility, located at 354 Doremus Ave, Newark, NJ 07105, is hereby directed to permit paralegal Austin Dean to enter the facility and conduct legal visits with Heury Aponte, inmate no. 217009053, outside the presence of defense counsel for a period of two (2) years from the date of this Order.

Dated: New York, New York
       20th day of December, 2021

                                                          IT IS SO ORDERED.

                                                            _____
                                                            United States Magistrate Judge



Miedel & Mysliwiec LLP

December 20, 2021

**VIA EMAIL**

United States Magistrate Judge on Duty
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Heury Aponte*, **21 Mj. 10300**

Dear Magistrate Judge on Duty:

    On October 27, 2021, I was appointed by the Honorable Barbara C. Moses to represent Heury Aponte in the above-captioned case. Mr. Aponte is currently detained at the Essex County Correctional Facility ("Essex"), located at 354 Doremus Ave, Newark, NJ 07105.

    I write to request respectfully that the Court issue an order directing Essex to permit my firm's paralegal, Austin Dean, to conduct legal visits with Mr. Aponte at Essex outside the presence of defense counsel. A proposed order relating to this request is attached as Exhibit A.
    Thank you for the Court's consideration of this request.

                                                       Respectfully submitted,

                                                          /s

                                                        Aaron Mysliwiec
                                                        *Attorney for Heury Aponte*

CC:    AUSA Ashley Nicolas

# Exhibit A
Proposed Order